UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46020 |
|---|---|
| MICHAEL J. MAREK | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 1 | BILL DRIVER<br>211 KENBROOK DRIVE<br>VANDALIA, OH  45377 | 59.02 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service                    05-46020

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL J. MAREK
1930 BOBBY RAY ROAD
CLOVER, SC  29710

ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH  45414

(1.1)
BILL DRIVER
211 KENBROOK DRIVE
VANDALIA, OH  45377

(42.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(1.3)
RONALD LOGAN ATTORNEY
1336 WOODMAN DR
DAYTON, OH  45432

(43.1n)
STUDENT LOANS OF NORTH DAKOTA
PO BOX 5524
BISMARCK, ND  58506

(39.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            cs